Argued June 20, affirmed June 20, petition for rehearing denied July 11, petition for review denied September 5, 1973

STATE OF OREGON, *Respondent, v.* ROY
LEE ISADORE (No. C 72-01-0010 Cr), *Appellant.*

510 P2d 1350

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.